AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Zomba Recording LLC et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CV-08-01232-PHX-ROS |
| Amanda Libby | ) |
| *Defendant* | ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __11/12/2008__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: __03/25/2014__

**BRIAN D. KARTH**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Zomba Recording LLC, a Delaware limited liability company; Sony BMG Music Entertainment, a Delaware general partnership; Warner Bros. Records Inc., a Delaware corporation; BMG Music, a New York general partnership; UMG Recordings, Inc., a Delaware corporation; and Capitol Records, Inc., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> Amanda Libby, <br><br> Defendant. | Case No.: 2:08-CV-01232-PHX-ROS <br><br> **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Pending before the Court is Plaintiffs' Application for Default Judgment (Doc. 13). Having considered the Application and good cause appearing,

**IT IS ORDERED:**

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2. Defendant shall pay Plaintiffs' costs in the amount of Five Hundred Fifty Dollars ($ 550.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Beyond The Gray Sky," on album "Evolver," by artist "311" (SR# 337-262);

- "Stellar," on album "Make Yourself," by artist "Incubus" (SR# 278-818);

- "Road Trippin'," on album "Californication," by artist "Red Hot Chili Peppers" (SR# 174-922);

- "Piano Man," on album "Piano Man," by artist "Billy Joel" (SR# N12214);

- "Gone," on album "Breakaway," by artist "Kelly Clarkson" (SR# 352-147);

- "Into the Ocean," on album "Foiled," by artist "Blue October" (SR# 388-117);

- "Intergalactic," on album "Hello Nasty," by artist "Beastie Boys" (SR# 277-731);

- "Minority," on album "Warning," by artist "Green Day" (SR# 288-352);

- "A Long December," on album "Recovering The Satellites," by artist "Counting Crows" (SR# 226-415);

- "Wish You Were Here," on album "Morning View," by artist "Incubus" (SR# 306-181);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies

1 | of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or
2 | server without Plaintiffs' authorization and shall destroy all copies of those downloaded
3 | recordings transferred onto any physical medium or device in Defendant's possession,
4 | custody, or control.
5 |   Dated this 11th day of November, 2008.

_____
Roslyn O. Silver
United States District Judge

3

I hereby attest and certify on 3-25-14 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

by _____ Deputy